**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

DISTRICT OF DELAWARE

Case number *(if known)* _____    Chapter    **11**

☐ Check if this an amended filing

Official Form 201
# Voluntary Petition for Non-Individuals Filing for Bankruptcy  4/19

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | | |
|---|---|---|
| 1. | **Debtor's name** | **Lucky's Farmers Market Holding Company, LLC** |
| 2. | **All other names debtor used in the last 8 years** Include any assumed names, trade names and *doing business as* names | |
| 3. | **Debtor's federal Employer Identification Number** (EIN) | **90-0915480** |
| 4. | **Debtor's address** | **Principal place of business** **6328 Monarch Park Place Suite 100 Niwot, CO 80503** Number, Street, City, State & ZIP Code **Boulder** County | **Mailing address, if different from principal place of business** P.O. Box, Number, Street, City, State & ZIP Code **Location of principal assets, if different from principal place of business** Number, Street, City, State & ZIP Code |
| 5. | **Debtor's website** (URL) | **https://www.luckysmarket.com/** |
| 6. | **Type of debtor** | ■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP)) ☐ Partnership (excluding LLP) ☐ Other. Specify: _____ |

Debtor  **Lucky's Farmers Market Holding Company, LLC**                    Case number (*if known*) _____
        Name

**7. Describe debtor's business**

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
☐ Railroad (as defined in 11 U.S.C. § 101(44))
☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))
■ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)
☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)
☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor.
See http://www.uscourts.gov/four-digit-national-association-naics-codes.

**4511**

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

*Check one:*

☐ Chapter 7
☐ Chapter 9
■ Chapter 11. *Check all that apply*:

  ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,725,625 (amount subject to adjustment on 4/01/22 and every 3 years after that).
  ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).
  ☐ A plan is being filed with this petition.
  ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).
  ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.
  ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

■ No.
☐ Yes.

If more than 2 cases, attach a separate list.

District _____  When _____  Case number _____
District _____  When _____  Case number _____

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

☐ No
■ Yes.

List all cases. If more than 1, attach a separate list

Debtor  **See Schedule 1**                Relationship _____
District _____  When _____  Case number, if known _____

Debtor   **Lucky's Farmers Market Holding Company, LLC**                    Case number (*if known*) _____
         Name

| | | |
|---|---|---|
| **11.** | **Why is the case filed in *this district*?** | *Check all that apply:*<br>■ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.<br>☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district. |
| **12.** | **Does the debtor own or have possession of any real property or personal property that needs immediate attention?** | ■ No<br>☐ Yes.  Answer below for each property that needs immediate attention. Attach additional sheets if needed.<br><br>**Why does the property need immediate attention?** (*Check all that apply.*)<br>☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.<br>    What is the hazard? _____<br>☐ It needs to be physically secured or protected from the weather.<br>☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).<br>☐ Other _____<br>**Where is the property?** _____<br>    Number, Street, City, State & ZIP Code<br>**Is the property insured?**<br>☐ No<br>☐ Yes.  Insurance agency _____<br>            Contact name _____<br>            Phone _____ |

■ **Statistical and administrative information**

| | | |
|---|---|---|
| **13.** | **Debtor's estimation of available funds** | *Check one:*<br>■ Funds will be available for distribution to unsecured creditors.<br>☐ After any administrative expenses are paid, no funds will be available to unsecured creditors. |
| **14.** | **Estimated number of creditors** | ☐ 1-49          ☐ 1,000-5,000          ☐ 25,001-50,000<br>☐ 50-99         ☐ 5001-10,000          ☐ 50,001-100,000<br>☐ 100-199       ■ 10,001-25,000         ☐ More than 100,000<br>☐ 200-999 |
| **15.** | **Estimated Assets** | ☐ $0 - $50,000              ☐ $1,000,001 - $10 million         ☐ $500,000,001 - $1 billion<br>☐ $50,001 - $100,000         ☐ $10,000,001 - $50 million        ☐ $1,000,000,001 - $10 billion<br>☐ $100,001 - $500,000        ☐ $50,000,001 - $100 million       ☐ $10,000,000,001 - $50 billion<br>☐ $500,001 - $1 million      ■ $100,000,001 - $500 million      ☐ More than $50 billion |
| **16.** | **Estimated liabilities** | ☐ $0 - $50,000              ☐ $1,000,001 - $10 million         ■ $500,000,001 - $1 billion<br>☐ $50,001 - $100,000         ☐ $10,000,001 - $50 million        ☐ $1,000,000,001 - $10 billion<br>☐ $100,001 - $500,000        ☐ $50,000,001 - $100 million       ☐ $10,000,000,001 - $50 billion<br>☐ $500,001 - $1 million      ☐ $100,000,001 - $500 million      ☐ More than $50 billion |

| | |
|---|---|
| Debtor  **Lucky's Farmers Market Holding Company, LLC** | Case number (*if known*) |
| Name | |

## Request for Relief, Declaration, and Signatures

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  **January 27, 2020**
MM / DD / YYYY

**X /s/ Andrew T. Pillari**                                   **Andrew T. Pillari**
Signature of authorized representative of debtor         Printed name

Title  **Chief Financial Officer**

**18. Signature of attorney**

**X /s/ Christopher A. Ward**                              Date  **January 27, 2020**
Signature of attorney for debtor                                  MM / DD / YYYY

**Christopher A. Ward**
Printed name

**Polsinelli PC**
Firm name

**222 Delaware Avenue**
**Suite 1101**
**Wilmington, DE 19801**
Number, Street, City, State & ZIP Code

Contact phone  **(302) 252-0920**      Email address  **cward@polsinelli.com**

**3877 DE**
Bar number and State

## SCHEDULE 1

### Bankruptcy Cases Pending Or Being Filed By An Affiliate Of The Debtor

On the date hereof, each of the affiliated entities listed below, including the debtor in this chapter 11 case (collectively, the "**Debtors**"), filed a petition[1] with this Court for relief under chapter 11 of the Bankruptcy Code. Contemporaneously with the filing of their petitions, the Debtors filed a motion requesting that the chapter 11 cases of the entities listed below be consolidated for procedural purposes only and jointly administered pursuant to Rule 1015(b) of the Federal Rules of Bankruptcy Procedure.

| Company | Date Filed | District |
| --- | --- | --- |
| Lucky's Market Parent Company, LLC | 1/27/2020 | Delaware |
| Lucky's Market Operating Company, LLC | 1/27/2020 | Delaware |
| Lucky's Farmers Market Holding Company, LLC | 1/27/2020 | Delaware |
| LFM Stores LLC | 1/27/2020 | Delaware |
| Lucky's Farmers Market, LP | 1/27/2020 | Delaware |
| Lucky's Farmers Market Resource Center, LLC | 1/27/2020 | Delaware |
| Lucky's Market Holding Company 2, LLC | 1/27/2020 | Delaware |
| Lucky's Market GP 2, LP | 1/27/2020 | Delaware |
| Lucky's Market 2, LP | 1/27/2020 | Delaware |
| Sinoc, Inc. | 1/27/2020 | Delaware |
| Lucky's Market of Longmont, LLC | 1/27/2020 | Delaware |
| Lucky's Farmers Market of Billings, LLC | 1/27/2020 | Delaware |
| Lucky's Farmers Market of Columbus, LLC | 1/27/2020 | Delaware |
| Lucky's Farmers Market of Rock Hill, LLC | 1/27/2020 | Delaware |
| LFM Jackson, LLC | 1/27/2020 | Delaware |
| Lucky's Farmers Market of Ann Arbor, LLC | 1/27/2020 | Delaware |
| Lucky's Market of Gainesville, LLC | 1/27/2020 | Delaware |
| Lucky's Market of Bloomington, LLC | 1/27/2020 | Delaware |
| Lucky's Market of Plantation, LLC | 1/27/2020 | Delaware |
| Lucky's Market of Savannah, GA, LLC | 1/27/2020 | Delaware |
| Lucky's Market of Traverse City, LLC | 1/27/2020 | Delaware |
| Lucky's Market of Naples, FL, LLC | 1/27/2020 | Delaware |

---

[1] All asset, liability, and creditor information on each petition was reported on a consolidated basis.

| Debtor name | Lucky's Market Parent Company, LLC |
|---|---|
| **UNITED STATES BANKRUPTCY COURT DISTRICT OF DELAWARE** | |
| Case No. (If known) | |

Official Form 204

# Chapter 11 or Chapter 9 Cases:  List of Creditors Who Have the 30 Largest Unsecured Claims and Are Not Insiders

12/15

A list of creditors holding the 30 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case.  Include claims which the debtor disputes.  Do not include claims by any person who is an *insider,* as defined in 11 U.S.C. § 101(31).  Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 30 largest unsecured claims.

| | Name of creditor and complete mailing address, including zip code. | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim — If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total Claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 1 | UNFI<br>Attn: Chris Testa<br>313 Iron Horse Way<br>Providence, RI 02908 | Chris Testa<br>Tel: 401-528-8634<br>Email: ctesta@unfi.com | Trade Payable | | | | $13,262,786.99 |
| 2 | BBIF Subsidiary Cde 3, LLC<br>c/o Black Business Investment Fund, Inc<br>Attn: Inez Long<br>301 E Pine St, Ste 175<br>Orlando, FL 32801 | Inez Long<br>Tel: 407-649-4780<br>Fax: 407-649-8688 | Prepetition New Markets Tax Credits Loan | | | | $5,944,290.00 |
| 3 | Sherwood Food Distributors<br>Attn: Scott Fournier<br>12499 Evergreen Rd<br>Detroit, MI 48228-1059 | Scott Fournier<br>Tel: 313-659-7300<br>Fax: 313-659-7717<br>Email: sfournier@sherwoodfoods.com | Trade Payable | | | | $2,124,640.91 |
| 4 | Snyder Construction Inc<br>Attn: Justin P Snyder<br>2766 11 Mile Rd, Ste 1<br>Berkley, MI 48072 | Justin P Synder<br>Tel: 248-765-3840<br>Email: justin@snyder-gc.com | Trade Payable | | | | $1,958,847.73 |
| 5 | Caito Foods Service<br>Attn: Dave Cochran<br>3120 N Post Rd<br>Indianapolis, IN 46226 | Dave Cochran<br>Tel: 317-897-2009<br>Email: dcochran@caitofoods.com | Trade Payable | | | | $1,687,312.09 |

**Debtor name** Lucky's Market Parent Company, LLC

**Case No. (If known)** _____

### (Continuation Sheet)

| Name of creditor and complete mailing address, including zip code. | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim — Total Claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
|---|---|---|---|---|---|---|
| 6  BlueSoho<br>c/o Quad/Graphics, Inc<br>Attn: Dave Honan<br>N61 W23044 Harrys Way<br>Sussex, WI 53089 | Dave Honan<br>Tel: 414-566-6000<br>Email: david.honan@qg.com | Trade Payable | | | | $1,399,704.98 |
| 7  Gourmet Foods International<br>Attn: Brian Scott<br>255 Ted Turner Dr SW<br>Atlanta, GA 30303 | Brian Scott<br>Tel: 404-229-1310<br>Email: bscott@atlantafoods.com | Trade Payable | | | | $962,310.62 |
| 8  J Raymond Construction Corp<br>Attn: Tom Borgia<br>465 W Warren Ave<br>Longwood, FL 32750 | Tom Borgia<br>Tel: 407-862-6966<br>Email: tborgia@jray.com | Trade Payable | | | | $900,649.80 |
| 9  Bunzl Holdings, Inc.<br>Attn: Jim Mccool<br>1 Cityplace Dr, Ste 200<br>St. Louis, MO 63141 | Jim Mccool<br>Tel: 314-997-5959<br>Fax: 314-997-1405<br>Email: jim.mccool@bunzlusa.com | Trade Payable | | | | $870,095.63 |
| 10  Schmid Construction<br>Attn: John Schmid<br>1655 Fl-50<br>Clermont, FL 34711 | John Schmid<br>Tel: 352-243-8220<br>Email: john@schmidconstruction.com | Trade Payable | | | | $710,750.59 |
| 11  JDA Software Inc<br>Attn: Girish Rishi<br>15059 North Scottsdale, Ste 400<br>Scottsdale, AZ 85254 | Girish Rishi<br>Tel: 301-670-7100<br>Email: girish.rishi@motorola.com | Trade Payable | | | | $653,337.65 |
| 12  Harvest Meat Company Inc<br>Attn: Jay Leavy<br>1022 Bay Marina Dr, Ste 106<br>National City, CA 91950 | Jay Leavy<br>Tel: 619-477-0185<br>Email: jay@harvestmeat.com | Trade Payable | | | | $504,746.26 |

**Debtor name** Lucky's Market Parent Company, LLC     **Case No. (If known)** _____

**(Continuation Sheet)**

| Name of creditor and complete mailing address, including zip code. | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total Claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 13  Creighton Construction Management<br>Attn: M Dan Creighton<br>900 Sw Pine Island Rd, Ste 202<br>Cape Coral, FL 33991 | M Dan Creighton<br>Tel: 239-210-0455<br>Fax: 239-673-7328 | Trade Payable | | | | $452,831.35 |
| 14  Crosset Company LLC<br>Attn: Greg Kurkjian<br>10295 Toebben Dr<br>Independence, KY 41051 | Greg Kurkjian<br>Tel: 859-347-4902<br>Fax: 859-817-7634<br>Email: greg.kurkjian@ifco.com | Trade Payable | | | | $451,291.31 |
| 15  5 Star Refrigeration & Air Conditioning Inc<br>Attn: Joseph E Matthews<br>23091 Cortez Blvd<br>Brooksville, FL 34601 | Joseph E Matthews<br>Tel: 352-345-4813<br>Email: joe.matthews@5-starrefrigeration.com | Trade Payable | | | | $405,915.47 |
| 16  Nikko Enterprise Corporation<br>Attn: Sarah Myint<br>13168 Sandoval St<br>Sante Fe Springs, CA 90670 | Sarah Myint<br>Tel: 562-941-6080<br>Fax: 562-941-6067 | Trade Payable | | | | $380,193.16 |
| 17  Glades 95Th LLC<br>c/o Schmier Property Group, Inc<br>Attn: Brian Schmier<br>2200 Butts Rd, Ste 300<br>Boca Raton, FL 33431 | Brian Schmier<br>Tel: 561-488-5100<br>Email: brian@schmierpropertygroup.com | Landlord | Unliquidated | | | $332,456.92 |
| 18  Hussmann Corporation<br>Attn: Cathey Haigh<br>12999 Saint Charles Rock Rd<br>Bridgeton, MO 63044 | Cathey Haigh<br>Tel: 314-298-4756<br>Email: cathey.haigh@hussmann.com | Trade Payable | | | | $306,618.75 |

**Debtor name** Lucky's Market Parent Company, LLC         **Case No. (If known)** _____

### (Continuation Sheet)

| Name of creditor and complete mailing address, including zip code. | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | **Total Claim, if partially secured** | **Deduction for value of collateral or setoff** | **Unsecured claim** |
| 19  Global Axiom, Inc.<br>Attn: Tim Yost<br>295 Lafayette St, Ste 700<br>New York, NY 10012 | Tim Yost<br>Tel: 917-237-2900<br>Email: tim.yost@axiomlaw.com | Trade Payable | | | | $295,837.90 |
| 20  Hawkins Construction<br>Attn: John Mccaugherty<br>1430 L And R Industrial Blvd<br>Tarpon Springs, FL 34689 | John Mccaugherty<br>Tel: 727-938-9719<br>Fax: 727-938-3208<br>Email: jmccaugherty@hawkinsnet.com | Trade Payable | | | | $294,910.89 |
| 21  KPS Global LLC<br>Attn: Mike Eakins<br>4201 N Beach St<br>Fort Worth, TX 76137 | Mike Eakins<br>Tel: 770-679-0986<br>Email: mike.eakins@kpsglobal.com | Trade Payable | | | | $291,730.85 |
| 22  Neelands Usa Ltd<br>Attn: Noel Neelands<br>1775 Executive Rd, S<br>Winter Haven, FL 33884 | Noel Neelands<br>Tel: 863-875-6534<br>Email: noel@neelands.com | Trade Payable | | | | $279,968.59 |
| 23  Cardlytics Inc<br>Attn: Scott Grimes<br>675 Ponce De Leon Ave NE, Ste 6000<br>Atlanta, GA 30308 | Scott Grimes<br>Tel: 218-665-7690<br>Email: sgrimes@cardlytics.com | Trade Payable | | | | $278,368.15 |
| 24  Captiveaire Systems Inc<br>Attn: Bob Luddy<br>4641 Paragon Park Rd<br>Raleigh, NC 27616 | Bob Luddy<br>Tel: 919-882-2410<br>Email: bob.luddy@captiveaire.com | Trade Payable | | | | $273,327.21 |
| 25  Charlies Produce<br>Attn: Dwayne Wilson<br>4103 2nd Ave S<br>Seattle, WA 98134 | Dwayne Wilson<br>Tel: 206-625-1412<br>Email: dwaynewilson@charliesproduce.com | Trade Payable | | | | $257,366.54 |

**Debtor name**  Lucky's Market Parent Company, LLC        **Case No. (If known)** _____

### (Continuation Sheet)

| Name of creditor and complete mailing address, including zip code. | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim  If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | **Total Claim, if partially secured** | **Deduction for value of collateral or setoff** | **Unsecured claim** |
| 26  Seasons-4 Inc<br>Attn: Lee Churchill<br>4500 Industrial Access Rd<br>Douglasville, GA 30134 | Lee Churchill<br>Tel: 770-489-0716<br>Email: lchurchill@seasons4.net | Trade Payable | | | | $247,622.10 |
| 27  Halperns Steak & Garys Seafood<br>Attn: Ray Hicks<br>4685 Welcome All Rd<br>Atlanta, GA 30349 | Ray Hicks<br>Tel: 404-767-9229<br>Fax: 404-767-2611 | Trade Payable | | | | $242,766.97 |
| 28  Truno Retail Technology Solutions<br>Attn: Brad Ralston<br>13912 Fm 1730<br>Lubbock, TX 79424 | Brad Ralston<br>Tel: 806-792-2885<br>Fax: 806-792-0710<br>Email: bralston@truno.com | Trade Payable | | | | $229,121.73 |
| 29  Dania Live 1748, LLC<br>c/o Kimco Realty Corporation<br>Attn: Gary Bazydlo<br>500 N Broadway, Ste 201<br>P.O. Box 9010<br>Jericho, NY 11753 | Gary Bazydlo<br>Tel: 718-987-0717<br>Email: gbazydlo@kimcorealty.com | Landlord | Unliquidated | | | Undetermined |
|      Dania Live 1748, LLC<br>c/o Kimco Realty Corporation<br>Attn: Karan Osterhout<br>6060 Piedmont Row Dr S, Ste 200<br>Charlotte, NC 28287 | Karen Osterhout<br>Tel: 704-362-6120<br>Email: kosterhout@kimcorealty.com | | | | | |
| 30  Pineloch Center Street LLC<br>Attn: Heather Coons<br>8998 Gladin Ct<br>Orlando, FL 32819 | Heather Coons<br>Tel: 407-641-5409<br>Email: heather@bluerockcommercial.com | Landlord | Unliquidated | | | Undetermined |

Official Form 204        Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 30 Largest Unsecured Claims        Page 5

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re:<br><br>LUCKY'S MARKET PARENT COMPANY, LLC, *et al.*,[1]<br><br>　　　　　　　　　Debtors. | Chapter 11<br><br>Case No. 20-[_____]<br><br>(Joint Administration Pending) |

**CORPORATE OWNERSHIP STATEMENT PURSUANT TO FEDERAL RULES OF
BANKRUPTCY PROCEDURE 1007 AND 7007.1**

Pursuant to Rule 1007(a)(1) and 7007.1 of the Federal Rules of Bankruptcy Procedure, the above-captioned debtors and debtor in possession (collectively, the "**Debtors**") attach hereto as Exhibit A an organizational chart reflecting all of their ownership interests. The Debtors respectfully represent as follows:

1. The Kroger Co. owns fifty-five percent (55%) of the equity interests of Lucky's Market Parent Company, LLC ("**LMPC**"). Lucky's Founders Holdings, LLC owns forty-five percent (45%) of the equity interests of LMPC. To the best of Debtors' knowledge and belief, no other person or entity directly owns 10% or more of the equity interests of LMPC.

2. LMPC owns one hundred percent (100%) of the equity interests of Sinoc, Inc.

3. LMPC owns one hundred percent (100%) of the equity interests of Lucky's Market Operating Company, LLC.

4. LMPC owns one hundred percent (100%) of the equity interests of Lucky's Farmers Market Holding Company, LLC.

5. Lucky's Farmers Market Holding Company, LLC owns one hundred percent (100%) of the equity interests of LFM Stores, LLC.

6. LFM Stores, LLC owns one hundred percent (100%) of the general partnership interests of Lucky's Farmers Market, LP.

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are Lucky's Market Parent Company, LLC (2055), Lucky's Farmers Market Holding Company, LLC (5480), Lucky's Market Operating Company, LLC (7064), LFM Stores LLC (3114), Lucky's Farmers Market, LP (0828), Lucky's Farmers Market Resource Center, LLC (7711), Lucky's Market Holding Company 2, LLC (0607), Lucky's Market GP 2, LLC (9335), Lucky's Market 2, LP (8384), Lucky's Market of Longmont, LLC (9789), Lucky's Farmers Market of Billings, LLC (8088), Lucky's Farmers Markets of Columbus, LLC (3379), Lucky's Farmers Market of Rock Hill, LLC (3386), LFM Jackson, LLC (8300), Lucky's Farmers Market of Ann Arbor, LLC (4067), Lucky's Market of Gainesville, LLC (7877), Lucky's Market of Bloomington, LLC (3944), Lucky's Market of Plantation, LLC (4356), Lucky's Market of Savannah, GA, LLC (1097), Lucky's Market of Traverse, City, LLC (2033), Lucky's Market of Naples, FL, LLC (8700), and Sinoc, Inc. (0723).

72115980.2

7. Lucky's Farmers Market, LP owns one hundred percent (100%) of the equity interests of Lucky's Farmers Market Resource Center, LLC.

8. Lucky's Farmers Market, LP owns one hundred percent (100%) of the equity interests of Lucky's Market of Longmont, LLC.

9. Lucky's Farmers Market, LP owns one hundred percent (100%) of the equity interests of Lucky's Market of Billings, LLC.

10. Lucky's Farmers Market, LP owns one hundred percent (100%) of the equity interests of Lucky's Market of Columbus, LLC.

11. Lucky's Farmers Market, LP owns one hundred percent (100%) of the equity interests of Lucky's Market of Rock Hill, LLC.

12. Lucky's Farmers Market, LP owns one hundred percent (100%) of the equity interests of LFM Jackson, LLC.

13. LMPC owns one hundred percent (100%) of the equity interests of Lucky's Market Holding Company 2, LLC.

14. Lucky's Market Holding Company 2, LLC owns one hundred percent (100%) of the equity interests of Lucky's Market GP 2, LLC.

15. Lucky's Market GP 2, LLC owns one hundred percent (100%) of the general partnership interests of Lucky's Market 2, LP.

16. Lucky's Market 2, LP owns one hundred percent (100%) of the equity interests of Lucky's Farmer's Market of Ann Arbor, LLC.

17. Lucky's Market 2, LP owns one hundred percent (100%) of the equity interests of Lucky's Farmer's Market of Gainesville, LLC.

18. Lucky's Market 2, LP owns one hundred percent (100%) of the equity interests of Lucky's Farmer's Market of Bloomington, LLC.

19. Lucky's Market 2, LP owns one hundred percent (100%) of the equity interests of Lucky's Farmer's Market of Plantation, LLC.

20. Lucky's Market 2, LP owns one hundred percent (100%) of the equity interests of Lucky's Farmer's Market of Savannah, GA, LLC.

21. Lucky's Market 2, LP owns one hundred percent (100%) of the equity interests of Lucky's Farmer's Market of Traverse City, LLC.

22. Lucky's Market 2, LP owns one hundred percent (100%) of the equity interests of Lucky's Farmer's Market of Naples, FL, LLC.

## **EXHIBIT A**
Organizational Chart

3

72115980.2

**EXHIBIT A**
Organizational Chart



72115980.2

**Fill in this information to identify the case:**

Debtor name: __Lucky's Farmers Market Holding Company, LLC__

United States Bankruptcy Court for the: __DISTRICT OF DELAWARE__

Case number (if known): _____

☐ Check if this is an amended filing

Official Form 202
# Declaration Under Penalty of Perjury for Non-Individual Debtors    12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date.  Bankruptcy Rules 1008 and 9011.

**WARNING -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.**

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☐ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
☐ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
☐ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
☐ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
☐ *Schedule H: Codebtors* (Official Form 206H)
☐ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
☐ Amended *Schedule*
☑ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 30 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
☑ Other document that requires a declaration    __Corporate Ownership Statement__

I declare under penalty of perjury that the foregoing is true and correct.

Executed on __January 27, 2020__       X __/s/ Andrew T. Pillari__
                                         Signature of individual signing on behalf of debtor

                                         **Andrew T. Pillari**
                                         Printed name

                                         **Chief Financial Officer**
                                         Position or relationship to debtor

# RESOLUTIONS OF

# THE SOLE MANAGER OF

# EACH OF ENTITES LISTED ON SCHEDULE 1

# AND

# THE SOLE DIRECTOR OF SINOC, INC.

## I. CHAPTER 11 FILING

WHEREAS, the Manager and the Director have considered presentations by management and the financial and legal advisors of Lucky's Market Parent Company, LLC ("Parent" and collectively with the Subsidiaries, the "Company") regarding the liabilities and liquidity situation of the Company, the strategic alternatives available to it and the effect of the foregoing on the Company's business; and

WHEREAS, the Manager and Director have had the opportunity to consult with the management and the financial and legal advisors of the Company and fully consider each of the strategic alternatives available to the Company.

NOW THEREFORE BE IT RESOLVED, that in the judgment of the Manager and Director, it is desirable and in the best interests of the Company, that the Company shall be, and hereby is, authorized to file or cause to be filed voluntary petitions for relief for the Parent and Subsidiaries (collectively referred to herein as the "Chapter 11 Cases") under the provisions of chapter 11 of title 11 of the United States Code (the "Bankruptcy Code") in a court of proper jurisdiction (the "Bankruptcy Court").

FURTHER RESOLVED, that the Chief Executive Officer, Chief Financial Officer and General Counsel of the Parent (collectively, the "Authorized Officers"), acting alone or with one or more other Authorized Officers be, and they hereby are, authorized, empowered and directed to execute and file on behalf of the Company all petitions, schedules, lists and other motions, papers, or documents, and to take any and all action that they deem necessary or proper to obtain such relief, including, without limitation, any action necessary to maintain the ordinary course operation of the Company's business.

FURTHER RESOLVED, that the Authorized Officers, acting alone or with one or more other Authorized Officers, be, and they hereby are, authorized, empowered and directed to certify the authenticity of these resolutions.

## II. RETENTION OF PROFESSIONALS

WHEREAS, the Company had previously engaged consultants ALVAREZ & MARSAL and POLSINELLI to assist the Company in evaluating restructuring options for the Company; and

WHERAS, the Company desires to continue the engagement with ALVAREZ & MARSAL and POLSINELLI ion connection with Chapter 11 Cases.

NOW THEREFORE BE IT RESOLVED, that each of the Authorized Officers be, and they hereby are, authorized and directed to employ the law firm of POLSINELLI PC as general bankruptcy counsel to represent and assist the Company in carrying out its duties under the Bankruptcy Code, and to take any and all actions to advance the Company's rights and obligations, including filing any pleadings; and in connection therewith, each of the Authorized Officers, with power of delegation, are hereby authorized and directed to execute appropriate retention agreements, pay appropriate retainers, and to cause to be filed an appropriate application for authority to retain the services of POLSINELLI PC.

FURTHER RESOLVED, that each of the Authorized Officers be, and they hereby are, authorized and directed to employ the firm of ALVAREZ & MARSAL as financial advisor to represent and assist the Authorized Officers and the Company in carrying out their duties under the Bankruptcy Code, and to take any and all actions to advance the Company's rights and obligations; and in connection therewith, each of the Authorized Officers are, with power of delegation, hereby authorized and directed to execute appropriate retention agreements, pay appropriate retainers, and to cause to be filed an appropriate application for authority to retain the services of ALVAREZ & MARSAL.

FURTHER RESOLVED, that each of the Authorized Officers be, and they hereby are, authorized and directed to employ the firm of PJ SOLOMON as investment banker to represent and assist the Authorized Officers and the Company in carrying out their duties under the Bankruptcy Code, and to take any and all actions to advance the Company's rights and obligations; and in connection therewith, each of the Authorized Officers are, with power of delegation, hereby authorized and directed to execute appropriate retention agreements, pay appropriate retainers, and to cause to be filed an appropriate application for authority to retain the services of PJ SOLOMON.

FURTHER RESOLVED, that each of the Authorized Officers be, and they hereby are, authorized and directed to employ the firm of OMNI AGENT SOLUTIONS as notice, claims, and balloting agent and as administrative advisor to represent and assist the Company in carrying out its duties under the Bankruptcy Code, and to take any and all actions to advance the Company's rights and obligations; and in connection therewith, each of the Authorized Officers, with power of delegation, are hereby authorized and directed to execute appropriate retention agreements, pay appropriate retainers, and to cause to be filed appropriate applications for authority to retain the services of OMNI AGENT SOLUTIONS.

FURTHER RESOLVED, that each of the Authorized Officers be, and they hereby are, authorized and directed to employ any other professionals to assist the Company in carrying out its duties under the Bankruptcy Code; and in connection therewith, each of the Authorized Officers, with power of delegation, are hereby authorized and directed to execute appropriate retention agreements, pay appropriate retainers, and to cause to be filed an appropriate application for authority to retain the services of any other professionals as necessary.

FURTHER RESOLVED, that each of the Authorized Officers be, and they hereby are, with power of delegation, authorized, empowered and directed to execute and file all petitions, schedules, motions, lists, applications, pleadings, and other papers and, in connection therewith, to employ and retain all assistance by legal counsel, accountants, financial advisors, and other professionals and to take and perform any and all further acts and deeds that each of the Authorized

Officers deem necessary, proper, or desirable in connection with the Chapter 11 Cases, with a view to the successful prosecution of such cases.

### III.  GENERAL

FURTHER RESOLVED, that in addition to the specific authorizations heretofore conferred upon the Authorized Officers, each of the Authorized Officers (and their designees and delegates) be, and they hereby are, authorized and empowered, in the name of and on behalf of the Company, to take or cause to be taken any and all such other and further action, and to execute, acknowledge, deliver, and file any and all such agreements, certificates, instruments, and other documents and to pay all expenses, including but not limited to filing fees, in each case as in such officer's or officers' judgment, shall be necessary, advisable or desirable in order to fully carry out the intent and accomplish the purposes of the resolutions adopted herein.

FURTHER RESOLVED, that all acts, actions, and transactions relating to the matters contemplated by the foregoing resolutions done in the name of and on behalf of the Company, which acts would have been approved by the foregoing resolutions except that such acts were taken before the adoption of these resolutions, are hereby in all respects approved and ratified as the true acts and deeds of the Company with the same force and effect as if each such act, transaction, agreement or certificate has been specifically authorized in advance by resolution of the Manager.

FURTHER RESOLVED, that each of the Authorized Officers (and their designees and delegates) be and hereby are authorized and empowered to take all actions or to not take any action in the name of the Company with respect to the transactions contemplated by these resolutions hereunder as the sole stockholder, member, or managing member of each direct subsidiary of the Company, in each case, as such Authorized Officer shall deem necessary or desirable in such Authorized Officers' reasonable business judgment as may be necessary or appropriate to effectuate the purposes of the transactions contemplated herein.

Schedule 1

Limited Liability Company

1. Lucky's Market Operating Company, LLC
2. Lucky's Farmers Market Holding Company, LLC
3. LFM Stores LLC
4. Lucky's Farmers Market, LP
5. Lucky's Farmers Market Resource Center, LLC
6. Lucky's Market Holding Company 2, LLC
7. Lucky's Market GP 2, LP
8. Lucky's Market of Longmont, LLC
9. Lucky's Farmers Market of Billings, LLC
10. Lucky's Farmers Market of Columbus, LLC
11. Lucky's Farmers Market of Rock Hill, LLC
12. LFM Jackson, LLC
13. Lucky's Market 2, LP
14. Lucky's Farmers Market of Ann Arbor, LLC
15. Lucky's Market of Gainesville, LLC
16. Lucky's Market of Bloomington, LLC
17. Lucky's Market of Plantation, LLC
18. Lucky's Market of Savannah, GA, LLC
19. Lucky's Market of Traverse City, LLC
20. Lucky's Market of Naples, FL, LLC